# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SEGMENT CONSULTING MANAGEMENT, LTD., a British Columbia, Canada Company; and LIGHTHOUSE ENTERPRISES INC., a Barbados Company,<br><br>Plaintiffs,<br><br>v.<br><br>BLISS NUTRACETICALS LLC, a Georgia Limited Liability Company; VIVAZEN BOTANICALS LLC, a Florida Limited Liability Company; and DOES 1 through 10,<br><br>Defendants. | CIVIL ACTION<br><br>FILE NO: 1:20-cv-01837-CAP<br><br>**JURY DEMAND** |

## MOTION FOR EXPEDITED CONSIDERATION AND IMMEDIATE ORDER ON PLAINTIFFS' *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER

COME NOW Plaintiffs Segment Consulting Management, Ltd. ("Segment"), and Lighthouse Enterprises Inc. ("Lighthouse") (collectively, "Plaintiffs"), and pursuant to Local Rules 7.4, 7.5(A) and 65.1, respectfully move this Honorable Court for expedited consideration and an immediate Order on Plaintiffs' *Ex Parte* Motion for Temporary Restraining Order, filed with the Court on April 29, 2020.

1

(Dkt. 5, 5-1, and 5-2). Expedited consideration is warranted, as detailed in Plaintiffs' Motion and Memorandum in Support Thereof, because Plaintiffs have demonstrated "(1) a substantial likelihood of success on the merits of the underlying case; (2) [that Plaintiffs] will suffer irreparable harm in the absence of an injunction; (3) a harm suffered by [Plaintiffs] in the absence of an injunction would exceed the harm suffered by the opposing party if the injunction issued, and (4) an injunction would not disserve the public interest." N. Am. Med. Corp. v. Axiom Worldwide, Inc., 522 F.3d 1211, 1217 (11th Cir. 2008). Plaintiffs hereby incorporate and adopt the arguments and citations to authority contained in Plaintiffs' *Ex Parte* Motion for Temporary Restraining Order and Memorandum in Support Thereof, as though fully set forth herein. (*See* Dkt. 5, 5-1, and 5-2).

WHEREFORE, Plaintiffs pray for expedited consideration and an immediate Order GRANTING their *Ex Parte* Motion for Temporary Restraining Order.

Respectfully submitted this 14th day of May, 2020.

**HALL BOOTH SMITH, P.C.**

*/s/ Samuel S. Sykes II*
John E. Hall, Jr.
Georgia Bar No. 319090
Samuel S. Sykes II
Georgia Bar No. 227548

*Attorneys for Plaintiffs*

191 Peachtree Street, NE, Suite 2900
Atlanta, Georgia 30303
Phone: (404) 954-5000
Fax (404) 954-5020
jhall@hallboothsmith.com
ssykes@hallboothsmith.com

|  |  |
|---|---|
|  | **STRONG & HANNI** |
|  |  |
|  | */s/ Spencer W. Young* |
| 102 South 200 East | Brian C. Johnson |
| Suite 800 | Utah Bar No. 3936 |
| Salt Lake City, Utah 84111 | Spencer W. Young |
| Phone (801) 531-7080 | Utah Bar No. 16993 |
| Fax (801) 596-1508 | *[Admitted Pro Hac Vice]* |
| bjohnson@strongandhanni.com |  |
| syoung@strongandhanni.cm | *Attorneys for Plaintiff* |